UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HON. PATRICK J. DUGGAN
CIVIL NO.10-14401

JOSEPH DEAN VIGIL,
    Plaintiff,
-v-
REGENTS OF THE UNIVERSITY OF MICHIGAN, ET.AL,
    Defendant(s).
_____/

**ORDER TO PROVIDE CORRECT**
**ADDRESS FOR DEFENDANT(S)**

  The above-entitled action was filed on November 3, 2010. Upon review of the complaint, the Court notes that plaintiff has not provided addresses for the defendants.

  Therefore, IT IS HEREBY ORDERED that plaintiff provide the Court the correct name, title and addresses of defendants so that service can be processed. Plaintiff is to provide this information to the Court in writing no later than December 20, 2010, or the Court may dismiss this action.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: December 2, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 2, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager