UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH DEAN VIGIL,

      Plaintiff,

v.                                       Case No. 10-14401
                                       Honorable Patrick J. Duggan

REGENTS OF THE UNIVERSITY OF
MICHIGAN, EDIE GOLDENBERG,
DON HERZOG, CHRISTINA WHITMAN,
and ANNA KIRKLAND,

      Defendants.
_____/

## **JUDGMENT**

      This lawsuit arises from Plaintiff's November 2007 dismissal from the University of Michigan's doctoral program after he failed to defend his dissertation within six years of becoming a candidate. In his *pro se* Complaint, filed November 3, 2010, Plaintiff alleges the following claims against Defendants: (1) retaliation in violation of his First Amendment rights pursuant to 42 U.S.C. § 1983; (2) violation of his substantive and procedural due process rights pursuant to 42 U.S.C. § 1983; (3) violation of his rights under the Equal Protection Clause pursuant to 42 U.S.C. § 1983; (4) retaliation in violation of his free speech rights under the Michigan Constitution; (5) violation of his due process rights under the Michigan Constitution; (6) violation of his equal protection rights under the Michigan Constitution; (7) breach of express or implied contract; (8) defamation; (9) tortious interference with contractual or advantageous business relationships; (10) intentional infliction of emotional distress; and (11) race and ethnic

discrimination in violation of the Elliott-Larsen Civil Rights Act. On March 25, 2011, Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) which this Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as to Claims 1-6 and 8-11 and **DISMISSED WITHOUT PREJUDICE** as to Claim 7 (breach of contract).

Date: July 28, 2011

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Joseph Dean Vigil
2850 South Hobart Way
Denver, CO 80227

Donica Thomas Varner, Esq.